IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TEXAS RESEARCH INTERNATIONAL, INC., | § § § | CIVIL ACTION No. 1:11-CV-00869-LY |
| Plaintiff, | § § § | |
| v. | § § | |
| A&A COMPANY INC., | § § § | |
| Defendant. | § | |

## PLANTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff files its notice of dismissal of Defendant, A&A Company Inc., under Federal Rule of Civil Procedure 41(a)(1)(i).

1. Texas Research International, Inc. is plaintiff. A&A Company Inc. is defendant.

2. On October 4, 2011, plaintiff sued defendant.

3. Defendant A&A Company Inc. has been served with process and has not filed an answer or a motion for summary judgment.

4. This case is not a class action, and a receiver has not been appointed.

5. This action is not governed by any statute of the United States that requires an order of the court for dismissal as to Defendant A&A Company Inc.

6. Plaintiff has not dismissed an action against Defendant A&A Company Inc. based on or including the same claim or claims as those presented in this suit.

7. This dismissal is without prejudice.

        Respectfully submitted,

        THE LAW FIRM OF H. DALE LANGLEY, JR., P.C.

        _/s/ H. Dale Langley, Jr._____
        H. Dale Langley, Jr.

        Texas Bar No.11918100
        610 West Lynn
        Austin, TX  78703
        Telephone:  (512) 477-3830
        Fax:  (512) 480-0858

        **ATTORNEYS FOR PLAINTIFF**
        **TEXAS RESEARCH INTERNATIONAL, INC**.

## **CERTFICATE OF SERVICE**

I certify that on May 22, 2012, I delivered a copy of the foregoing via First Class mail to each of the following:

>A&A Company Inc.
>2700 South Clinton Ave.
>South Plainfield, New Jersey 07080
>ATTN:  R. Stewart Brunhouse,
>Registered Agent for A&A Company Inc.
>
>Charles W. Hanor
>Hanor Law Firm
>Charles W. Hanor, P.C.
>750 Rittiman Road
>San Antonio, TX 78209

_____
H. Dale Langley, Jr.

**PLAINTIFF'S NOTICE OF DISMISSAL** Page 3