IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2012 MAY 24   PM 4: 45

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
              DEPUTY

TEXAS RESEARCH INTERNATIONAL,   §
INC.,                           §
              PLAINTIFF,        §
                                §
V.                              §        CAUSE NO. A-11-CV-869-LY
                                §
A&A COMPANY, INC.,              §
              DEFENDANT.        §

**FINAL JUDGMENT**

Before the court is the above entitled cause of action. On May 22, 2012, Plaintiff filed a

Notice of Voluntary Dismissal (Doc. #13), which the court has reviewed and now approves.

Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil

Procedure 58.

**IT IS HEREBY ORDERED** that all claims and causes of action are **DISMISSED**

**WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the cause hereby **CLOSED.**

SIGNED this _____ day of May, 2012.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE